**Donald L. McENTIRE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 33270.**

Missouri Court of Appeals,
Western District.

Jan. 4, 1983.

Bruce H. Beckett, Smith, Lewis, Rogers & Beckett, Columbia, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Kristie Green, Asst. Atty. Gen., for respondent.

Before NUGENT, P.J., and TURNAGE and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from denial of motion under Rule 27.26 to vacate judgment and sentence.

Judgment affirmed. Rule 84.16(b).